**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

IN RE:

SUSAN MARIE KIPTA                                     Case No.: 19-22640-JKO
             Debtor         /                         Chapter 13

**DEBTOR'S MOTION TO PAY INTEREST ON PRIORITY CLAIM FILED BY**
**THE DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE**

The Debtor, SUSAN MARIE KIPTA, by and through undersigned counsel, files this Motion to Pay Interest on Priority Claim Filed by the Department of the Treasury – Internal Revenue Service and states the following:

1. On September 23, 2019, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. The Department of the Treasury – Internal Revenue Service (the "Internal Revenue Service") timely filed Proof of Claim #2-1 on October 30, 2019 reflecting an unsecured priority amount due of $17,982.50 for the 2015 and 2018 tax periods.

3. Per the Debtor's 2018 Income Tax Return, which has been provided to the Internal Revenue Service, the Debtor's liability for the 2018 tax period is $2,526.00 bringing the total unsecured priority amount due to an estimated $16,329.34.

4. The Internal Revenue Service takes the legal position that the interest accrues at a rate of 5% as designated by the new IRS Standards, as of July 1, 2018.

5. The Debtor wishes to pay the 5% interest to the Internal Revenue Service within the plan as this non-dischargeable debt may severely hamper her ability to effectually reorganize and jeopardizes her fresh start should the increase not be permitted.

6. In the event that the Internal Revenue Service amends its' claim, the Debtor retains her right to either: file a Motion to Amend the Order on the instant Motion; file a Motion to Modify Plan in order to adjust the amount accordingly; or to file an Objection to the Amended Proof of Claim.

**WHEREFORE**, the Debtor requests the entry of an Order allowing her to pay the Department of the Treasury – Internal Revenue Service a 5% interest on the priority claim amount due for the 2015 and 2018 tax periods through the Chapter 13 plan and further relief as this Court deems just and proper.

Respectfully submitted on this 30th day of January, 2020.

**VAN HORN LAW GROUP, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
chad@cvhlawgroup.com
By: /s/ Chad Van Horn, Esq.
Chad Van Horn, Esq.
FL Bar 64500